FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

___Michael Huggins___

(Enter above the full name of the plaintiff in this action)

V.

___Oscar Aviles ET AL___
___CAPT DeAndrea___
___SGT Brown___

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

JUL 12 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.



6.   If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.   If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

  ✓ 42 U.S.C. §1983 (applies to state prisoners)

  ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

  If you want to assert jurisdiction under different or additional statutes, list these below:

  _____

1b.   Indicate whether you are a prisoner or other confined person as follows:

  ✓ Pretrial detainee

  ___ Civilly-committed detainee

  ___ Immigration detainee

  ___ Convicted and sentenced state prisoner

  ___ Convicted and sentenced federal prisoner

  ___ Other: (please explain)_____

2.  Previously Dismissed Federal Civil Actions or Appeals

   If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

   a.  Parties to previous lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

   b.  Court and docket number: _____

   c.  Grounds for dismissal:  ( )  frivolous     ( ) malicious

                              ( )  failure to state a claim upon which relief may be granted

   d.  Approximate date of filing lawsuit: _____

   e.  Approximate date of disposition: _____

   If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? _Hudson County Jail_

4.  Parties

   (In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

   a.  Name of plaintiff: _Michael Huggins_

Address: 35 Hackensack Ave Kearny NJ 07032

Inmate #: 356 854

b. First defendant:

Name: Director/Warden Oscar Aviles

Official position: Director/Warden

Place of employment: Hudson County Jail 35 Hackesedk Ave Kearny NJ 07032

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

I wrote Mr Oscar Aviles many of times Like the inmate hand book and Officer told me to do I have been awaiting a response from him since June He refuse to answer my letters or grievances

c. Second defendant:

Name: SGT Brown

Official position: SGT in Classification

Place of employment: Hudson County Jail 35 Hackensack Ave Kearny NJ 07032

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

There was a Mandate saying that on July 4th 2022 inmates are suppose to come out of their cells for 6 1/2 hours a day 3 hours in the morning 3 hours at night SGT Brown makes our schedule and tried to say the we only get to come out for 1 1/2 total all day every day in A-1 E Housing unit

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes    ___ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   I have written every one in the chain of command and they will not answer my grievances or request I also have spoken to them I believe they think that the inmate doesnt not have a voice this is why I had to file this Action They only respect the District Court

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

6. Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   I have been in Hudson County Jail since April 14th 2022 I have only been out of my cell for 1 hour to 1 1/2 a day every time I inquire about getting the right amount of time out of my cell I'm told that it doesnt work like that I know my rights and I'm not in solitary confinement or level 4 max prison I have a right not to be punished for cruel and unusual punishment but Jail officials continue to ignore my request today is August 27th and I'm still not

coming out of my cell like Im suppose to on January 1 2022 Officer Brown wrote a email saying that everyone in A1E is only alowd out of there cells for 1 hour 45 minutes on July 4th 2022 There was a new schedule that inmates were to come out for 6 1/2 total hours 3 in the morning 3 and 1/2 at night Sgt Brown and another officer who works in A1E attempted to pull a fast one on us in A1E They believe that the inmates dont understand and cant do anything about it any way I have written Sgt Brown and classification Sgt Brown Attempted to remove me from A1E Because I aske alot of questions about my rights He even cursed me out on August 18 2022 when I asked him why am I moving He cursed me out pretty good Being in my cell all day is effecting me mentally physically and spiritually we also dont have a microwave on our unit because there is alot staff member or Jail officeal and they dont want any one to get hot water thrown on them but every other housing unit has a microwave and Jail official who walk around We are not going out side for rec Jail official say that the 1 hour 45 minutes out our cell is Rec Rec is really outside on the yard or the gym we also have been on a 24 hour locked down around 30 times since April 14 2022 until today August 29th 2022 we dont come out for showers or anything only when officer Gomez or officer Carter is working They are fair with us 2) Law library on May 17th 2022 Law library was suppose to be placed to our tablets so we could have legal needs and look up law but Keefe commissary still has not put it on our tablets Im not sure why our commissary company has control over our law library but its not good There is not any law library on the computerized kiosk and we are not able to put in greivances either A1E Is the only unit without these things as well as a microwave to cook our commissary every other housing unit has their rights 3) Covid 19 positive inmates are mixing with us and are not giving the rapid test at the intake process 4) clean drinking water the waters growing bacteria and staining our white sock undergarmet and towels

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Appoint a lawyer to help verify and get my Detention file Appoint a Special Master to interview inmates and get accurate information about the condition In A1 East Housing unit Give consent orders to have the law library on our tablets and fix the Kiosk so we can write greivances that wont be thrown away or covered up

Give Consent orders to allow us out of our cells for more than 1 hour 45 minutes or 1 hour a day to honor our outside rec schedule because we need exercise I'm asking 5 hundred thousand dollars for pain and suffering. SOG officers are not wearing and displaying there badge #'s or name tags and constantly using excessive force on inmates. Change the chain of command to have officials who will honor the rights of inmates officers like Conner in AME and officer Carter in AME. Get a better social service department that realy works for the inmates not the Jail some social workers are very deceitful

8. Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of August, 2022

_____Michael Higgins_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

8/30/2022

GHEYA R. CALHOUN-BUTLER
NOTARY PUBLIC OF NEW JERSEY
COMMISSION # 2314116
MY COMMISSION EXPIRES 6/28/2024

Name - Becky Scott
Official position - Warden
Place of employment   County of Hudson Department of Corrections and Rehabilitation   30 Hackensack Ave Kearny NJ 07032
How was this person involved   The Warden Becky Scott had me removed or transferred back to Cumberland County Jail for sending her a email I sent her the email because she would not answer any grievances I wrote her several letters that she was suppose to respond to according to the Inmate hand book she was suppose to answer within 5 days the Warden Becky Scott kept ignoring every letter and grievance My letters were about being locked in my cell for 22½ to 20 hours daily while the rest of the Jail were out and able to frequent the day room area able to make phone calls, shower, and watch TV All grievances are suppose to be sent to the Richard J Hughes Justice Complex center in trenton NJ and this agency hold your detention file for up to three years Warden Becky Scott sent a email to have me removed without me having any disciplinary infractions I wrote her and told her that I had reached out to the Richard J Hughes Justice complex who did not have any grievances or anything in my detention file On page 27 on the Inmate hand book It explains about the emerging grievance process It state that If grievances are not being heard or acknowledged that a inmate can call a supervisor by asking the officer present and that you can give the Emergency grievance to the Supervisor with out any consequences or penalties I have written over 20 grievances without answer most of them were not returned or time stamped I was not given a grievance # or a response I reached out to Inmate advocate Mrs Butler several times who can verify that I sent the grievances and even gave me the grievance # I was being housed in Medical where you could not write a grievance on the kiosk or electronically everything had to be done by paper and given to Social Mrs Michoda I wrote the chain of command Sgt Hopkins Lt Para Capt Pillie and Becky Scott the Warden and all of them ignored the grievances which I will provide and was sent by email

Name LT Para (Sara)

Official position Lieutenant of the Medical Department of Alpha 1 where I was housed

Place of employment 30 Hackensack Avenue Kearny NJ 07032 Hudson County Jail

How was this person involved LT Para continued to ignore all grievances I sent to her. Lt Para made a schedule for the inmates in the Medical Department or infirmary to come out for 4 hours and did not follow the laws and mandates that related covid-19 laws and rules. I wrote her and asked her if she could please explain how she made a schedule opposite of what the law had mandated and why were we the only one's in the Jail that was being locked down for 22 1/2 hours daily. I explained that we have the right not to be punished and was just being held to await trial or to be sentenced. Infirmary is suppose to have our own unit but we were being housed with every other classification like mental Health, Transgendering, lock down inmates who were in a fight or assaulted staff, Inmates that were Detoxing from drugs, covid 19 positive inmates, PC inmates etc. Every classification of inmates are suppose to have there own unit and did but because of staff shortages and over crowding they put all of us in one unit. I gave Max Cassedon and Mike Dantin The directors of wellpath who is in control of the Medical entity inside the Jail. There were notified and eventually help Balance the confusion This made LT Para, Becky Scott Capt Dillie and sgt Hopkins Furious which led to them deciding to have me removed from the facility without any detention write up or infraction at that time. I ask Max Cassedon the Director of Administration to send a email about the grievances and issues that we were facing Like excessive time in our cells excessive lightings the light never went out the Jail was always short of Staff and we never came out our cells. This happened about 75 time while I was there that the whole building was locked down because of staff shortages For a long time There was not any microwave to cook our commissary or to rectify the Dirty water situation There was a do not drink and bad water alert issued There was constant bacteria growing from the water on our cups or our clothing I showed this to several supervisors

Name Sgt Latoya Hopkins
Offical position Sgt for A-1 E & West in the medical Department
Place of Employment - 30 Hackensack Ave Kearny NJ 07032 Hudson County Jail
How this person was involved I believe Sgt Hopkins Did the Dirty work for Becky Scott, Capt Dilbe and LT para I had a officer or Seg officer who's name I can not remember because they SOG officers never had name tags so you could verify who they were. The officer called Sgt Latoya Hopkins So that I could Give her the Emergeny grievance that can be found on Page 27 of the Hudson County Inmate hand book which state that a inmate is suppose to be able to have the attending officer call a Supervisor to start the emergeny grievance process without incident or any diciplinary write ups The emergeny grievance process is in place for issues like the one I was having where no one was answering the grievances thrugh the proper channel and with this emergeny grievance the supervisor is suppose to email it to there superior who then sends it to Inmate advocate or ombudsman so this is what I did I waited for sgt hopkins to come and get the grievance and she did not except it or even Listen to what I was trying to say to her she threatend to use excessive force and was very aggressive showing her teeth and even Cursing She asked me to lock in my cell which I did at the time I had a Job feeding other inmates etc she took my Job or fired me which is totally against the emergeny grievance process which say I wouldnt recieve any diciplinary infraction for following this process two day Later I spoke with another sgt who's name is Sgt Gonzaler I followed the same procedure with the same grievance and the same circumstance he sent my grievance to his superior who emailed it to Mrs Butler the inmate advocate or ombudsman without incident Sgt Gonzaler is the supervisor or Sgt in the evening for A-1 E & West medical side of the Jail

Name: LT William
offical position: Leutinant in charge of security
place of employment: Hudson County Jail
How is this person involved in the case: I spoke to him about the 24 hour locked down that happened about 30 times since April of 2022 it is now August 29th 2022 that we are not coming out for showers when the whole Jail is on locked down because of staff shortages During these time our rights are being violated we are not given the time back that we lost and this is extremely difficult when you only come out the cell for 1 1/2 daily he said he would look into it and never looked into it he says the same thing every time I see him and do not answer request either

(1) I have written and spoke with every officer ranking from the lowest to the highest in command I have also written grievances and followed every procedure from the inmate handbook I have discussed the Dirty Drinking water which was brought to my attention by the medical Dept and inmates I have showed this to Jail officials and staff and also the Director of Medical The Director of Medical said that the bacteria was discussting I have written the director Oscar Aviles assistent Director Murrell and every one else I never recieved a answer from any one I also showed the inmate advocate and the LT in charge of A1E the water that grew bacteria in my cup and bag on several occasion I was told by the captain to write Osha that they are in charge of the water I have written and spoke to everyone about the excessive time spent on my cell and that its affecting me on many levels they all Just seem to ignore me and continue not to address

Name Officer Medina

official position S.O.G officer

place of employment 30 Hackensack Ave Kearny NJ 07032

How this person was envolved - Officer Medina used excessive force on several inmates punching them and kicking them after they were maced with pepper spray and hand cuffed he would often Hog tie and slam inmates that were already subdued I've witnessed him do this on several occassion S.O.G officers Dont wear name tags and cant be indentified by name or number Capt Deandrea said its because he does not want S.O.G officers to wear them and that he was the captain in charge I explained that by law officers are supposed to be indentifiable Officer Medina threaten me and brought metal devices that could be used as shanks or weapons to another inmate He also brought this inmate food from the outside Him and another S.O.G officer who cant be indentified because they never had a name tag displayed or a badge # available told me that he could have me assaulted for a bag of potato chips and that I should fear retaliation for any grievances I wrote or for talking to Capt Deandrea who was the Capt in charge of the S.O.G officers Officer Medina used this particular inmate as a weapon against me by providing him shanks, stingers, food from the outside cell phones I was told by this inmate to stay in line and to overlook basicly the things Officer Medina was doing I was afraid for my life and cooperated with Officer Medina demands another officer a S.O.G Officer came into my cell a few times and threatened me about writing grievances and complaing to the captian or warden his name was Officer Anderson again none of these officers beared any name tags or Identification #s These officers sold inmates cell phones and even brought drugs in the facility especially fettanal which killed a few inmates and damaged many others I know because they always came to the medical unit after the over dose on fettanol and K2 These S.O.G officers are ruthless and think there above the law

*[margin note, right side, vertical]:* They & S.O.G officers are called when there is a fight between inmates or staff as a back up unit & not wear name tag or badge #

Name Capt Dilke

Official position Capt of A1-E & West Medical Infirmary Housing units

Place of employment 30 ~~Hackensack~~ Ave Kearny NJ 07032 Hudson County Jail

How this person was involved - Captain Dilke presented his self like a nice guy he told me several times to write him grievances for the issues that I had like the Dirty Drinking water, No Microwave, Excessive time in our cells, Broken Kiosk that would not allow us to send grievances electronically. I wrote Captain Dilke many grievances that never was answered or returned. The grievances were just on page and was supposed to have three copies white yellow and pink. The white and pink copies was for custody and the pink copy was for the inmate. The grievances were suppose to be signed and dated as well as time stamped that included a grievance # Most of the time the social worker would not provide grievances and when she did they only came with the one copy making it very easy for the facility to say they never received it because the other copies would be our proof. The grievances were suppose to be sent to the Richard J Hughes Justice complex in Trenton NJ if they were documented by paper and IF the grievances were sent electronically you had to file a OPRA or open record to have them ~~retrieved~~ retrieved from the electronic Kiosk However the Kiosk on the medical unit where I was housed didn't work. Capt Dilke was not really available or in the building much because he had outside duty was unable to answer the grievances this was extremely important because he was the captain of that area I believe Capt Dilke also conspired to have me removed from the facility with Becky Scott, LT Para, SGT Hopkins Because they refused to acknowledge the grievances They feel like the inmates are un important and that they do not have to follow the Hand book and guidelines thats why I am filing this suit because the courts will find that I'm being truthful I will provide a copy of all the grievances I wrote

Name: Capt Deandrea
Official position: Captain at the Hudson County Jail
Place of Employment: Hudson County Jail 35 Hackensack Ave Kearny NJ 07032
How was this person involved in the case? He is the captain in charge of policy and procedure I spoke to him about the excessive time spent in my cell

From April 25th 2022 til August 29th 2022
I spoke to him about Dirty Drinking water

that there is no outside rec for us That the drinking water is growing bacteria That we do not have a micro wave That we do not have law library on our Kiosk in A1E or our tablets That Jail officials say we need a court order for laptops and law library that SOC officers are not displaying name tags or badge number He said he's in charge and that they do not have to wear name tags or badges because he said so

Name: Social Worker Mrs Machado
Official position: Social worker
Place of Employment: Hudson County Jail 35 Hackensack Ave Kearny NJ 07032
How was this person involved in the case? Mrs Machado is very deceitful she says things like she cant send emails on my behalf to my attorney then say that she tried to send the email but it wouldn't go through she took mail that was going to a governmental agency in July 2022 or mid 9 that never made it to the Agency she keep returning grievance that I gave her she hand them back and does as less as possible to help us she seem like she help the Jail cover up our request and grievance she has not helped me with anything yet from April 15 to Aug 2022

Mr Machado does not date or time stamp request or grievances only when I complain to Mrs Butler

Name: Officer Nelson
Official position: Officer
Place of employment: Hudson County Jail 35 Hackensack Ave Kearny NJ 07032
How this person was involved: Told me she could get me moved from A1 E that she h[as] a gay relationship with Sgt Brown in Classification she took my court Appointed lap top got on the Nurses computer to look up my medical conditions updated my Covid-19 time out of my cell from August 2nd to August 12th on August 15th 2022 Her and Sgt Brown attempted to have me moved

(3)

any of the issues. I'm the only one that stays in my cell all day for the most part officer nelson said that she was told not to let me out and that I need permission from the LT Drew I have been given the run around about getting my lawsuit paperwork signed and notarized I have been given misleading information from social workers or social services some of it has been misleading and some of it has been out right lies The only thing These Jail officials respect is The District court Judges and its time that we get some respect from these Jail officials Alot of these Jail official treat us like we are nothing and like we dont have any rights and even believe that there is nothing we can do about it They are hurting inmates by violating our rights We are not here for punishment and have not been found guilty of any crime Just awaiting trial But in reality we are being punished I have only been out of my cell since April 14th 2022 until now August 29th 2022 for 1 hour 45 minutes Daily Sometime and on 24 hour lock down without a shower for alot of the time because of staff shortages this is not legitimate Sgt Brown and a officer in A1E took down the schedule that said on July 4th 2022 That we are suppose to come out our cells for 6 1/2 hours daily 3 hours in the mornings and 3 1/2 hours at evening time Sgt Brown and this Officer replaced the schedule that was ordered and Authorized by the Warden or Director Oscar Aviles and replaced it with a schedule thats from January 1st 2022 that say A1E and A1W are only allowed out for 1 hour and 45 minutes a day When a Good officer ask Sgt Brown who makes the schedule in classification Sgt Brown told her to stop snitching this is what I heard Sgt Brown Say Meaning do not inform the inmates about the July 4th 2022 schedule update Jail official do not want

③

to sign the Account Verification Affidavit of poverty form Pg 3 That says the bottom half has to be signed by an official The form was given back to me and my inmate account form was notarized I wrote LT Canderlia who is in charge of account information and Kiosk information I will write her again with this lawsuit and the united states District Court affidavit of poverty and Account Certification form to be signed and completed if not I will write Chief Judge Freeda Wolfson and attach this copy to the letter to her In our housing unit in A1E There are Many different categories of Inmates sometime the Girls or women are housed with us lockdown inmates who have been in a fight Protective Custody inmates, Mental Health inmates, Covid-19 positive inmate and Medical inmate everyone is supposed to have their own housing unit This is considered infirmary for people with Acute health issues or chronic health issues that need to be under the direct supervision of Doctors and nurses But transgender inmates and every other classification including Detox and Intake inmates who come directly from the streets are hear with us PC inmates do not come out until 10 pm at night and get one hour a piece until 6 am out of the cells and we never cross paths or see each other LT's SGT capt's ~~[redacted]~~ and others said Its because The PC inmates are here that we don't get the proper time out of our Cells Protective Custody has their own Housing unit I don't know why all the PC inmates arent there Hudson County Should not be taking all of these inmates if they are short of staff and don't have the room ~~as~~ to house every one correctly. I caught covid twice here because Mrs Bell Medical Director and Well Path are not testing inmates in the intake process when they first come in and give them the rapid test that takes only a few minutes when I asked her about it she dismissed me and told me to speak to some one else this was a few months ago



Federal inmates and state inmates are also housed here in the same housing unit I do not know the names or badge numbers of any SOG officer who work quite often on our Housing unit but you don't know their name or can not read their name tags Cpt Deandrea said its because he does not want them to I told him that every police officer has to have a name and badge # displayed by law he told me that my information was not true I highly doubt he will tell that to the district court Judges SOG are used for fights between inmates they are a bunch of insecure guys who get a kick out of spraying inmates with Mace in the eyes and punching kicking and assaulting inmates even when the inmates are handcuffed and under control I have seen them break legs slam already handcuffed guys on the floor Bang inmate heads against walls I have heard them say things like I'm not talking anymore I'm not playing anymore In all these situation I witnessed not one of these officers had name tags Yesterday a SOG officer told me that he didn't have to touch a inmate he could give another inmate a bag of shabangs which are flavored potato chips and could have his goons or inmate hit men take care of the job for him These officers are out of control and will kill more inmates if they are not regulated once a inmate is sprayed in the eyes he or she is easy to apprehend at that point they want to get the spray out of their eyes because its burning and are more then willing to cooperate I explained this to Cpt Deandrea that my cell is right near the shower where they rinse the spray out of the inmate eyes and even do alot of assaults on inmates in the shower where they are not on camera I was later moved off the unit then brought back then moved upstairs in the far corner cell so I could not witness any more assaults or hear the screams from the shower near my cell 107

(B) I was brought back to A1E despite high Ranking Jail officials and officer nelson attempt to have me moved which she said she could do Sgt Brown in classification also influenced the medical Department to move me This goes on all to often because classification and Sgt Brown cant override Medical they need a doctors signature but they are still able to pull it off because of the issues with my legs I was moved back down stairs by a doctor which made officers very upset they placed a Do not move on my file that did not come from the Doctor because I told the captain How many assaults I witnessed I have been told that I will be Shipped to another county several times because I'm causing problems Thats how Jail official view a inmate asking question and trying to get her rights I dont have any disciplinary infractions fights or anything I'm very respectful and even with the full understanding of my rights being violated and being the only one who cant come out of my cell I still obey the orders of officers and Jail officials I know they will beat me up or kill me Even when they are in the wrong this is typical officer Misconduct If you want to change this Jail officers like Gomez and carter in A1E should be promoted these officers are not push overs But fair and balanced they understand both sides especially officer Gomez i'm afraid they will never get the credit they deserve they do not discriminate and treat everyone equally Jail officials dont really like these type of Officers Sgt Brown and these other disrespectful officers are in possition that's bad for the inmates There are a few good men and women in these facilities most of them treat us like they are better than us and like we are absolutely nothing

(6) Nurses and Mental Health counselors are also witnessing SOG officers assault inmates. Nurses are clearing inmates that have been assaulted and should have been sent to the hospital. I asked one of them how come they don't report what they actually witnessed because we all get to watch the same incident inmates, nurses, doctors, mental Health staff and I was told because I don't want to loose my job. The nursing and Mental Health knows exactly what I'm explaining if you do whats right or help the inmates to much you will be fired for going against the grain. I heard a mental health staff say to A charge nurse they beat him up pretty bad he has a swollen eye and his mouth is busted up he was cleared by the nurse who did his paperwork and it was never mentioned by the mental health counselor. A SOG officer asked me to write to some one because he never gets a break because of staff shortages I told him its hard because your not wearing a name tag or badge # and I don't know your name.